STATE OF NEW JERSEY, PLAINTIFF - RESPONDENT, v. THOMAS JOHN ROBINSON, DEFENDANT-PETITIONER.

*Mr. Sherwin Drobner* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

April 30, 1968. Denied.

LOUIS H. LINOWITZ, PLAINTIFF-RESPONDENT, v. DAVID JOSEPHSON, DEFENDANT-PETITIONER, AND BRIGAN- TINE BEACH HOTEL CORP., DEFENDANT.

*Mr. David Josephson in propria persona.*

*Mr. George Warren* and *Mr. Lemuel H. Blackburn, Jr.* for the respondent.

April 30, 1968. Denied.

JOSEPH J. IMHOFF, PLAINTIFF-PETITIONER, v. JOSEPH J. IMHOFF AND JACK R. IMHOFF, SUBSTITUTED AD- MINISTRATORS, C.T.A., *ETC.*, DEFENDANTS-PETITION- ERS AND BARBARA G. IMHOFF, *ET AL.*, DEFENDANTS- RESPONDENTS.

*Mr. John A. Yacovelle, Jr.,* and *Messrs. Piarulli & Vittori* for the petitioners.

*Mr. Thomas M. Farr* for the respondents.

April 30, 1968. Denied.